## UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
105 MT. KISCO ASSOCIATES LLC, *et al.*,

                        Plaintiffs,               **SCHEDULING ORDER**

      -against-                          15 Civ. 5346 (NSR)(JCM)

PAUL CAROZZA, *et al.*,

                        Defendants.
------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for June 1, 2020 at 11:30 a.m. before the undersigned will be conducted

via AT&T Teleconferencing Service.  Counsel shall call the following number at the time of the

conference:

       <u>Toll-Free Number</u>: 877-873-8017
       <u>Access Code</u>: 4264138

Dated:  May 27, 2020
        White Plains, New York

                              **SO ORDERED:**

                              *Judith C. McCarthy*
                              JUDITH C. McCARTHY
                              United States Magistrate Judge